IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JESSE HAMILTON ADAMS,

    Plaintiff,

v.                                             CASE NO. 4:08-cv-00572-MP -WCS

DANIEL CHERRY, WALTER MCNEIL,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 47, the Report and Recommendation of the Magistrate Judge, recommending that summary judgment be granted in favor of the Defendants. The Plaintiff filed objections, Doc. 48. The Court conducted a de novo review and concludes that the Report and Recommendation should be adopted and summary judgment granted in favor of the Defendants.

The Court agrees with the Magistrate Judge that Plaintiff was frequently seen and treated for his inquinal hernia but has not yet been given surgery because the hernia is still reducible; that is, he can still push it back in and it is not being strangulated. He was, however, given various accommodations and medications to help ease his situation. Thus, his claim is simply a dispute about the aggressiveness of the course of treatment his doctor recommends. As such it is not a deliberate indifference claim. He also provides four affidavits from other prisoners whose cases also appear to involve simply a dispute about the course of treatment, and not a lack of

treatment or intentional infliction of pain.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. Summary judgment is granted in favor of the Defendants and this case shall be closed.

**DONE AND ORDERED** this *16th* day of March, 2011

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge